# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00301-CV

**Rodger Pierce, Appellant**

**v.**

**Bill Hanson, Appellee**

---

### FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### NO. 1191-335, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 5, 2021. On August 31, 2021, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by September 10, 2021, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Prosecution

Filed: November 16, 2021